UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-23220-CIV-MORENO
MAGISTRATE JUDGE P. A. WHITE

JOSE N. VAZQUEZ,              :

    Plaintiff,                :

v.                            :            REPORT OF
                                             MAGISTRATE JUDGE
MIKE IBIZEM, ET AL.,          :

    Defendants.               :
_____

    Jose N. Vazquez has filed a second amended *pro se* civil rights complaint pursuant to 42 U.S.C. §1983. [DE# 16].

    This second amended complaint was filed in response to the Court's second order directing the plaintiff to file an amended complaint to cure noted deficiencies.

    This latest amended complaint does not clearly delineate any constitutional claims, nor does it seek any relief.  The plaintiff advises the Court that he has been released from prison, and due to language and other difficulties he cannot adequately detail his claims.  He seeks the opportunity to retain an attorney.

    As it is clear the plaintiff is unable to file a pleading that would even minimally comply with the Federal Rules of pleading, and because the plaintiff seeks the opportunity to retain an attorney, it is recommended that this case be dismissed without prejudice.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 27th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Jose N. Vazquez, Pro Se
    303 E. 130 Avenue
    Tampa, FL 33612