UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-23220-CIV-MORENO**

JOSE VAZQUEZ,

    Plaintiff,

vs.

MIKE IBIZEM, et al.,

    Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Plaintiff's Second Amended Pro Se Civil Rights Complaint **(D.E. No. 16)**, filed on **April 6, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 17)** on **April 27, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation presents, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 17)** on **April 27, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of ~~April~~, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record